# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| K. DEWAYNE GREEN | § | |
| | § | |
| v. | § | Case No. 6:11-cv-271 |
| | § | |
| PATTERSON-UTI DRILLING | § | |
| COMPANY, LLC | § | |

## FINAL JUDGMENT

In accordance with the Court's order dismissing the remaining claims in this case, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 23rd day of May, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE